AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-316

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>FOOD52, Inc, c/o Corporation Service Company</u> was received by me on *(date)* <u>Nov 22, 2022</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>FOOD52, Inc, c/o Corporation Service Company</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>FOOD52, Inc, c/o Corporation Service Company</u> on *(date)* <u>Wed, Nov 23 2022</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/29/2022

_____
*Server's signature*

Allison Bernardo, Process Server
_____
*Printed name and title*

107 S. West St. Ste. 417, Alexandria, VA 22314
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 23, 2022, 1:41 pm EST at 251 LITTLE FALLS DR, WILMINGTON, DE 19808-1674 received by FOOD52, Inc, c/o Corporation Service Company.
When you walk into the building, there is security at the front desk. There is a black metal letter tray with a sign that says CSC will accept documents from 8am to 4pm, as well as a stack of business cards to litigation management. As directed by security, I left the documents in the tray. Due to Covid-19, this is the only way they are accepting legal documents.